IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>vs<br><br>BRYAN TORRES-TORRES<br><br>Defendants | CRIMINAL 13-089 CCC |

**ORDER**

Having considered the Report and Recommendation filed on July 2, 2013 (**docket entry 24**) on a Rule 11 proceeding of defendant Bryan Torres-Torres held before U.S. Magistrate Judge Camille L. Vélez-Rivé on June 27, 2013, to which no objection has been filed, the same is APPROVED. Accordingly, the plea of guilty of defendant is accepted. The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since June 27, 2013. **The sentencing hearing is set for October 2, 2013 at 4:30 PM**.

SO ORDERED.

At San Juan, Puerto Rico, on July 23, 2013.

S/CARMEN CONSUELO CEREZO
United States District Judge